IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMMY CARLISLE, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 1:13-CV-4063-CC |
| FEDERAL HOME LOAN MORTGAGE CORP., CENLAR FEDERAL SAVING BANK, and MCCURDY & CANDLER, LLC, | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on the Final Report and Recommendation ("R&R") [Doc. No. 12] issued by Magistrate Judge Alan J. Baverman on November 21, 2014. In the R&R, Magistrate Judge Baverman recommends that the Court dismiss this action for failure to comply with this Court's lawful order under Rule 41.3 of this Court's Local Rules and for failure to prosecute. The record reflects that no objections to the R&R have been filed and that the time period permitted for filing any such objections has elapsed.

Having reviewed the R&R for plain error in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that Magistrate Judge Baverman's R&R is correct both in fact and in law. Accordingly, the Court **ADOPTS** the R&R in its entirety and **DISMISSES** this action **without prejudice** for want of prosecution and for repeated failures to comply with lawful orders of the Court.

SO ORDERED this 10th day of December, 2014.

*s/  CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE